1 | **KAZEROUNI LAW GROUP, APC**
2 | Abbas Kazerounian, Esq. (SBN: 249203)
   | ak@kazlg.com
3 | Emily C. Beecham, Esq. (SBN: 315462)
   | emily@kazlg.com
4 | 245 Fischer Avenue, Unit D1
5 | Costa Mesa, CA 92626
   | Telephone: (800) 400-6808
6 | Facsimile: (800) 520-5523

7 | **HYDE & SWIGART**
8 | Joshua B. Swigart, Esq. (SBN: 225557)
   | josh@westcoastlitigation.com
9 | 2221 Camino Del Rio South, Suite 101
   | San Diego, CA 92108
10 | Telephone: (619) 233-7770
11 | Facsimile: (619) 297-1022

12 | *Attorneys for Plaintiff,*
13 | Salman Salman

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| SALMAN SALMAN, | Case No.: 3:17-cv-02704-RS |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Assigned to: Hon. Richard Seeborg |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant. | |

---

Case No.: 3:17-cv-02704-RS                                *Salman v. Ocwen Loan Servicing, LLC*

**NOTICE OF SETTLEMENT**

1  **TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR**
2  **RESPECTIVE ATTORNEYS OF RECORD:**

3      **PLEASE TAKE NOTICE** that a settlement has been reached in the above-
4  captioned matter. Plaintiff respectfully requests that this Court vacate all pending
5  hearing dates and allow the parties sixty (60) days to file dispositional papers. The
6  parties anticipate prompt resolution of the settlement, and a Request for Dismissal
7  is forthcoming. This Court shall retain jurisdiction over this matter until fully
8  resolved.

10  Dated:  May 1, 2018        Respectfully Submitted,

11                               KAZEROUNI LAW GROUP, APC

13                               By:   */s Emily C. Beecham*
                                       EMILY C. BEECHAM, ESQ.
14                                  *Attorney for Plaintiff*,
                                Salman Salman

---

**Case No.: 3:17-cv-02704-RS**       1 of 1      *Salman v. Ocwen Loan Servicing, LLC*
**NOTICE OF SETTLEMENT**