# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMAN SALMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　Defendant. | Case No.: 3:17-cv-3:17-cv-02704-RS<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO DISMISS ACTION** |

In consideration of Plaintiff, Salman Salman, and Defendant, Ocwen Loan Servicing, LLC's, Stipulation to Extend Deadline to Dismiss Action, and for good cause showing, the deadline to file a stipulation of dismissal is extended to August 13, 2018.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/10/18

_____
Hon. Richard Seeborg
United States District Judge