# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMAN SALMAN, | Case No.: 3:17-cv-02704 |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant. | |

Pursuant to the Parties' stipulation and for GOOD CAUSE shown, IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorney's fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/21/18

*/s/ Richard Seeborg*
Hon. Richard Seeborg
United States District Judge